IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION | § § § | CIVIL ACTION NO. 5:23-cv-179 |
| Plaintiff, | § § | Transferred from the 57th Judicial District Court of Bexar County, Texas |
| V. | § § | CIVIL ACTION NO. 2023-CI-00190 |
| ECOWATER SYSTEMS, LLC and MORTON SALT, INC. | § § § § | Defendants EcoWater Systems LLC and Morton Salt, Inc. Notice of Removal Pursuant to 28 U.S.C. §§ 1441, and |
| Defendants. | § | 1446 |

## **DEFENDANT ECOWATER SYSTEMS LLC'S AND MORTON SALT, INC.'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants EcoWater Systems LLC ("EcoWater") and Morton Salt, Inc. ("Morton" or collectively "Defendants") respectfully file this Notice of Removal, removing Cause No. 2023-CI-00190, *United Services Automobile Association v. EcoWater Systems, LLC and Morton Salt, Inc.*, from the 57th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, as follows:

### **PROCEDURAL HISTORY**

1. On January 4, 2023, Plaintiff filed its Original Petition in the 57th Judicial District Court of Bexar County, Texas, Cause No. 2023-CI-00190 against Defendants seeking damages alleged as a subrogee of its' insured, Christopher Canter, related to payments made pursuant to the policy of insurance. *See* Plaintiff's Original Petition, attached hereto as **Exhibit A**.

2. EcoWater was served with Plaintiff's Original Petition on January 12, 2023. *See* January 12, 2023 Citation, attached hereto as **Exhibit B**.

1

9337209

3. Morton was served with Plaintiff's Original Petition on January 12, 2023. *See* January 12, 2023 Citation, attached hereto as **Exhibit C**.

4. On February 3, 2023, Defendants timely filed their Original Answer to Plaintiff's Petition in the 57th Judicial District Court of Bexar County, Texas. *See* Defendants' Answer, attached hereto as **Exhibit D**.

5. Plaintiff is domiciled in San Antonio, Texas. Ex. A at ¶ 2.

6. Morton is incorporated under the laws of the State of Delaware and has its principal place of business in Chicago, Cook County, Illinois. Morton is not a citizen of Texas. *Id.* at ¶ 6.

7. EcoWater is incorporated under the laws of Delaware and has its principal place of business in Woodbury, Washington County, Minnesota. EcoWater is not a citizen of Texas. *Id.* at ¶ 4.

8. Plaintiff alleges in its Original Petition that it was required to pay, and did pay, $98,669.47 in damages. *Id.* at ¶ 15.

9. Defendants timely file this Notice of Removal within thirty days of receipt of the Original Petition that demonstrates this case is removable. 28 U.S.C. § 1446 (b)(3).

## **GROUNDS FOR REMOVAL**

10. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and the action is removable under the provisions of 28 U.S.C. § 1441(b), as it is a civil action between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Removal is proper because there is complete diversity among the parties. *See* 28 U.S.C. 1332(a). Plaintiff is an insurance company duly organized and is domiciled in San Antonio, Texas. *Id.* at ¶ 2.

9337209

12. EcoWater and Morton are not citizens of Texas.

13. The amount in controversy is satisfied as it exceeds $75,000.00 exclusive of interests and costs. *See* 28 U.S.C. § 1332(a). Plaintiff alleges in its Original Petition that it was required to pay, and did pay, $98,669.47 in damages. *Id.* at ¶ 15.

## INTRADISTRICT ASSIGNMENT

14. Because this Court is in the United States District Court for the district and division embracing the place where the original state court petition was filed, it is the appropriate court for removal under 28 U.S.C. § 1446(a).

## PROCEDURAL COMPLIANCE

15. Written notice of the filing of this Notice of Removal is being served on Plaintiff through its counsel of record, and a copy of this Notice of Removal will be promptly filed with the Clerk of the District Court Bexar County, Texas. *See* 28 U.S.C. § 1446(d).

16. As required by 28 U.S.C. § 1446(a), true and correct copies of the process and pleadings served upon Defendants are being filed with this Notice of Removal.

17. "The Court's authority to remand is strictly limited; if remand is not proper under § 1441, § 1447, or *Carnegie–Mellon* [484 U.S. 343, 352 (1988)], it is not proper at all." *Steele v. Certalogic, Inc.*, 2007 WL 9710216, at *2 (W.D. Tex. Oct. 9, 2007). *See also Buchner v. F.D.I.C.*, 981 F.2d 816, 820 (5th Cir. 1993) (citing *Thermtron Products, Inc. v. Hermansdorfer*, 423 U.S. 336, 351 (1976)) (finding that the district court cannot remand a properly removed case for discretionary or policy reasons, such as allegedly related state court cases or a contention that judicial economy compels remand).

18.     Should Plaintiff move to remand this case, Defendants respectfully request an opportunity to respond more fully in writing, including submission of additional authority and evidence.

WHEREFORE, for the above-stated reasons, this Court has jurisdiction over this action and Defendants remove this action from the District Court of Bexar County, Texas, to this Court.

WHEREFORE, PREMISES CONSIDERED, Defendants EcoWater Systems LLC and Morton Salt, Inc., pursuant to and in conformity with the requirements set forth in 28 U.S.C. § 1446, respectfully removes 2023-CI-00190, *United Services Automobile Association v. EcoWater Systems, LLC and Morton Salt, Inc.*, from the 57th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division.

Dated: February 10, 2023

Respectfully submitted,

LIGHTFOOT FRANKLIN & WHITE, LLC

By: /s/ J. Chandler Bailey
J. Chandler Bailey
State Bar No. 24109208
cbailey@lightfootlaw.com
1885 Saint James Place, Suite 1150
Houston, Texas 77056
(713) 960-1448 Telephone
(713) 960-8991 Facsimile

**ATTORNEYS FOR DEFENDANTS ECOWATER SYSTEMS LLC AND MORTON SALT, INC.**

9337209

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 10, 2023, and as per the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document has been served upon the following counsel via ECF filing and email:

Zachary M. Groover
LAW OFFICES OF ROBERT A. STUTMAN, P.C.
5068 W. Plano Parkway, Suite 260
Plano, Texas 75093

                                                             /s/ J. Chandler Bailey

9337209